## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

William S. Harris                                  :
                                                   :
            v.                                     :        No. 963 C.D. 2022
                                                   :
Borough of West Hazleton and                       :
Borough of West Hazleton Police                    :
Pension Fund                                       :
                                                   :
Appeal of: Borough of West Hazleton                :

**PER CURIAM**                    **O R D E R**

NOW, November 30, 2023, having considered Appellant's application for reargument and Appellees' answer in response thereto, the application is DENIED.